**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| ANGELA MONEYMAKER, | Case No.: 3:15-cv-00029-JAG |
| Plaintiff, | |
| v. | |
| HOWMEDICA OSTEONICS CORP., | |
| Defendant. | |

**HOWMEDICA OSTEONICS CORP.'S MOTION
TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Howmedica Osteonics Corp., by counsel, moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the First Amended Complaint. All claims in the First Amended Complaint must be dismissed with prejudice because they fail to state a claim for which relief may be granted. In addition, all claims in the First Amended Complaint must be dismissed with prejudice because they are barred by the applicable statute of limitations.

The Grounds for relief are further amplified in the accompanying Memorandum of Law in Support of Defendant Howmedica Osteonics Corp.'s Motion to Dismiss First Amended Complaint.

Dated: the 22nd day of April, 2015

/s/ Robert E. Scully
| | |
|---|---|
| Robert E. Scully, Jr. (VA Bar No. 19218) | Kim M. Catullo (admitted pro hac vice) |
| Michael K. Kim (Va. Bar No. 82922) | Paul E. Asfendis (admitted pro hac vice) |
| **STITES & HARBISON, PLLC** | **GIBBONS, P.C.** |
| 1199 North Fairfax Street | One Pennsylvania Plaza |
| Suite 900 | 37th Floor |
| Alexandria, VA 22314 | New York, New York 10119 |
| (703) 739-4900 Telephone | (212) 613-2000 Telephone |
| (703) 739-9577 Facsimile | (212) 290-2018 Facsimile |
| rscully@stites.com | kcatullo@gibbonslaw.com |
| mkim@stites.com | pasfendis@gibbonslaw.com |

*Counsel for Defendant Howmedica Osteonics Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2015, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record:

>Stephen W. Bricker, Esq., VSB# 14564
>bricker@brickeranderson.com
>Christopher L. Anderson, Esq., VSB #35173
>anderson@brickeranderson.com
>BrickerAnderson, PC
>411 East Franklin Street, Suite 504
>Richmond, VA 23219
>(804) 649-2304 Telephone
>(804) 649-3380 Facsimile

>*Counsel for Plaintiff*

>James G. O'Brien, Esq. (0088460)
>jim@zkblaw.com
>Zoll, Kranz & Borgess, LLC
>6620 West Central Avenue, Suite 100
>Toledo, Ohio 43617
>(419) 841-9623 Telephone
>(419) 841-9719 Facsimile

>*Counsel for Plaintiff*

>>*/s/ Robert E. Scully, Jr.*
>>Robert E. Scully, Jr. (VSB # 19218)